IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN PAUL COOLEY**                                **PETITIONER**

**VS.**                  **CASE NO. 5:06CV00224 HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                  **RESPONDENT**

**ORDER**

On December 18, 2006, the undersigned made findings and recommendations in this case. It was recommended that United States District Judge Susan Webber Wright dismiss the petition for writ of habeas corpus and deny the relief requested. On December 22, 2006, Judge Wright transferred the case to the undersigned pursuant to the consent of the parties and in accordance with 28 U.S.C. § 636(c). As a result of the consent of the parties and the transfer of the case, the Proposed Findings and Recommendations dated December 18, 2006, are hereby adopted as the Order of the Court. An appropriate Judgment will be entered in conjunction with this Order. The petition for writ of habeas corpus is dismissed and the relief requested is denied for the reasons set forth in the Proposed Findings and Recommendations dated December 18, 2006.

IT IS SO ORDERED this  4   day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE